**Order entered October 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00930-CR

**DAVID DEWAYNE WRIGHT JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-76080-X**

## ORDER

We **GRANT** court reporter Cherie Williams' request for extension of time to file record

and **ORDER** the reporter's record to be filed no later than 30 days from the date of this order.

/s/    LANA MYERS
        JUSTICE